IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CR-00195-RJC-DCK

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUAN ENRIQUE ARROYO (8), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 253), the Indictment, (Doc. No. 58), without prejudice as to the above-named defendant who has never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 253), is **GRANTED** and the Indictment, (Doc. No. 58), is **DISMISSED** without prejudice as to Juan Enrique Arroyo.

Signed: October 30, 2019

Robert J. Conrad, Jr.
United States District Judge